UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darius Ramanauskas,

    Petitioner,

v.                              ORDER
                                  Civil No. 05-2352(MJD/JJG)

United States of America,
Condoleeza Rice, Alberto Gonazales,
and Allen Garber,

    Defendants.

---

The above-entitled matter comes before the Court upon Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated November 17, 2006.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated November 17, 2006.

IT IS HEREBY ORDERED that:

1. Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 8] is DENIED.

2. This matter is dismissed with prejudice.

Date: January 3, 2007

                                                  s / Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court