UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darius Ramanauskas,

    Petitioner,

v.                                                              ORDER
                                                                            Civil No. 05-2352

United States of America,
Condoleeza Rice, Alberto
Gonzales, Allen Garber,

    Respondents.

_____

    James E. Ostgard, for and on behalf of Petitioner.

    James E. Lackner, Assistant United States Attorney for and on behalf of Respondents.

_____

This matter is before the Court upon Petitioner's Motion for a Stay of Execution of Surrender Warrant pending his petition for writ of certiorari to the United States Supreme Court.

The standard for motions to stay extradition requires the Petitioner to show a probability of success on the merits and irreparable harm, and that the appeal raises serious legal questions and that the balance of hardships weighs in his favor.  Artukovic v. Rison, 784 F.2d 1354, 1355 (9th Cir. 1986).  See also, Rife v.

Ashcroft, 374 F.3d 606 (8th Cir. 2004) (citing general governing the grant or denial of a stay).

On June 2, 2008, the Eighth Circuit Court of Appeals denied Petitioner's appeal of the Order denying his habeas petition.  Ramanauskas v. United States et al., 526 F.3d 1111 (8th Cir. 2008).  In reviewing those decisions and the applicable law, this Court finds that the Petitioner cannot show a probability of success on the merits.   Accordingly,

IT IS HEREBY ORDERED that Petitioner's Motion for a Stay of Execution of Surrender Warrant [Doc. No. 35] is DENIED.

Date: July 11, 2008

s / Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court